No. 15,963.

## WILLIAMS ET AL. *v.* THE STATE.

SUPREME COURT.—*Practice.*—No question is presented on the ruling of the trial court in excluding, in a prosecution for rape, a report made by the grand jury where the report is not embodied in the bill of exceptions.

From the De Kalb Circuit Court.

*L. J. Blair* and *W. H. Dills,* for appellants.

*A. G. Smith,* Attorney General, and *E. A. Bratton,* for the State.

ELLIOTT, J.—The appellants were convicted of the crime of rape, and from the judgment entered against them they prosecute this appeal.

It is asserted that the trial court erred in excluding a report made by the grand jury, but the report is not embodied in the bill of exceptions, and hence no question is presented upon the ruling. In the absence of the document we can not say that it was competent, but must presume that it was incompetent. An appellant who seeks a reversal must overcome the presumption which always prevails in favor of the rulings of the trial court in the absence of countervailing facts.

We have given the evidence careful study, and find that it so far and sufficiently supports the verdict that we can not disturb it.

Judgment affirmed.

McBRIDE, J., did not take part in the decision of this case.

Filed March 18, 1891.